UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
KAREEM NELSON,                                              CASE NO.: 1:22-CV-4228-KPF

           Plaintiff,

     v.                                                    NOTICE OF VOLUNTARY
                                                                                       DISMISSAL

DEN NOHO LLC d/b/a Bandits,
and VENDOME REALTY, LLC,

           Defendant.
---------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff KAREEM NELSON by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal as to defendants DEN NOHO LLC d/b/a Bandits and VENDOME REALTY, LLC.

DATED: Garden City, New York
             September 8, 2022

                                                    Respectfully submitted,

                                                      **Bashian & Papantoniou, P.C.**
                                                      *Attorneys for Plaintiff*
                                                      500 Old Country Road, Ste. 302
                                                      Garden City, NY 11530
                                                      Tel:    (516) 279-1554
                                                      Fax:   (516) 213-0339

                                                      **By:** */s/ Erik M. Bashian*
                                                      **ERIK M. BASHIAN, ESQ.**
                                                      eb@bashpaplaw.com